IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. JKB-18-0313 |
| | | CIVIL NO. JKB-19-1591 |
| ARTHUR RAYMOND PRINCE | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Now pending before the Court is the Defendant's PETITION FOR REMAND AND RESENTENCING pursuant to 28 U.S.C. § 2255 (ECF No. 110). The Government has responded (ECF No. 118) and the Defendant has sought additional time to reply (ECF No. 121), which the Court granted (ECF No. 127), an allowance with respect to which the Defendant failed to take advantage by the requisite deadline (*see* ECF No. 127).

The Court has carefully reviewed all of the papers relevant to this Motion, as well as the full docket in the case. The Defendant has articulated insufficient grounds, facts, or arguments to warrant an evidentiary hearing or any other relief. Accordingly, for the reasons set out in the Government's response (ECF No. 118), the Motion (ECF No. 110) is DENIED.

Defendant has failed to meet the standard for a certificate of appealability. Accordingly, the Court DECLINES to issue a certificate of appealability.

DATED this 4th day of October, 2019.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge